UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEATIG INC.,

Plaintiff,

-v-

BIZLOG, LLC,

Defendant.

24-CV-7946 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

This Court previously denied Plaintiff Seatig Inc.'s motion for an extension of the fact discovery deadline. (ECF No. 74.) On July 23, 2026, non-party Avery Starr filed an "emergency notice" and request for an extension of the fact discovery. (ECF No. 75.) The next day, Defendant Bizlog, LLC filed a letter motion asking the Court to strike Starr's filing and to bar Starr from filing documents directly with this Court in this action. (ECF No. 76.)

Substantially for the reasons stated in Bizlog's motion, the Court GRANTS the motion. Seatig is a corporate entity, and it cannot be represented by Starr. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983). "Because [Starr's] filing[] w[as] made by a non-party to this litigation who has no authority to appear before this Court in a representative capacity, [it is] stricken from the record." *Ben-Zvi v. Bo Hi Pak*, 510 F. App'x 2, 3 (2d Cir. 2013). Starr is directed to cease filing documents directly with this Court in this action. Counsel for Seatig is directed to provide a copy of this Order to Starr.

The Clerk of Court is directed to strike the filing at Docket Number 75 and to close the motion at Docket Number 76.

SO ORDERED.

Dated: July 27, 2026
New York, New York

J. PAUL OETKEN
United States District Judge