UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEATIG, INC.,
Plaintiff,

-v-

BIZLOG, LLC,
Defendant.

24-CV-7946 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On July 30, 2026, attorney King L. Wu moved to withdraw as counsel for Plaintiff Seatig, Inc. (ECF No. 78), citing a breakdown in their attorney-client relationship. (ECF No. 78-1 at 1-2.) This Court granted the motion on August 10, 2026. (ECF No. 84.) Because Plaintiff is a corporation and cannot appear in this action without counsel, *see Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993), this Court also directed Plaintiff to appear through new counsel on or by August 31, 2026 (ECF No. 84 at 1).

Plaintiff has not since appeared through counsel. (*See* ECF No. 85 at 1.) Plaintiff is hereby warned that, if Plaintiff fails to secure new counsel by September 22, 2026, this action will be dismissed with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b); *Melwani v. Lipton*, No. 17-cv-8308, 2022 WL 19560922, at *1 (S.D.N.Y. Sep. 19, 2022).

All pending briefing deadlines are stayed pending further order of this Court. Counsel for Defendant Bizlog, LLC are directed to serve a copy of this Order on Plaintiff.

SO ORDERED.

Dated: September 9, 2026
New York, New York

J. PAUL OETKEN
United States District Judge