UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEATIG, INC.,
Plaintiff,

-v-

BIZLOG, LLC,
Defendant.

24-CV-7946 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On July 30, 2026, attorney King L. Wu moved to withdraw as counsel for Plaintiff Seatig, Inc. (ECF No. 78), citing a breakdown in the attorney-client relationship. (ECF No. 78-1 at 1-2.) This Court granted the motion on August 10, 2026. (ECF No. 84.) Because Plaintiff is a corporation and cannot appear in this action without counsel, *see Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993), this Court also directed Plaintiff to appear through new counsel on or before August 31, 2026 (ECF No. 84 at 1). When Plaintiff did not do so (*see* ECF No. 85 at 1), this Court entered an order warning Plaintiff that, if Plaintiff did not secure new counsel by September 22, 2026, this action would be dismissed with prejudice for failure to prosecute (ECF No. 86). This Court also directed counsel for Defendant Bizlog, LLC to serve a copy of that order on Plaintiff. (ECF No. 86.) On September 9, 2026, the day the Court's order was issued, Defendant's counsel filed a certificate of service affirming that they did. (ECF No. 87.)

Plaintiff still has not appeared through new counsel. "Where, as here, a plaintiff corporation has been repeatedly warned that its claims will be dismissed absent retention of counsel, and it has failed to appear through counsel, dismissal is appropriate." *See Melwani v. Lipton*, No. 17-CV-8308, 2022 WL 19560922, at *1 (S.D.N.Y. Sep. 19, 2022); *see also* Fed. R.

Civ. P. 41(b). Accordingly, Plaintiff's claims are dismissed with prejudice for failure to prosecute. The Clerk of Court is directed to close the motions pending at Docket Numbers 85 and 88 and to close this case.

SO ORDERED.

Dated: October 8, 2026
New York, New York

J. PAUL OETKEN
United States District Judge